IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINIC FLEMISTER,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01689 |
| v. | : | |
| | : | (Judge Kane) |
| **SUPERINTENDENT** | : | |
| **THOMAS MCGINLEY, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 15th day of September 2025, upon consideration of the petition for writ of habeas corpus (Doc. No. 1) filed by pro se Petitioner Dominic Flemister ("Petitioner"), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania